DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**CONNIE PEDERSON** a/k/a **CONNIE L. PEDERSON,**
Appellant,

v.

**SUNTRUST MORTGAGE, INC.,**
Appellee.

No. 4D13-4593

[September 3, 2014]

***On Confession of Error***

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312012CA000200.

Leo W. Desmond, Vero Beach, for appellant.

Alexandra de Alejo of Gray Robinson, P.A., Miami, and David S. Hendrix of Gray Robinson, P.A., Tampa, for appellee.

PER CURIAM.

A homeowner appeals a final judgment of foreclosure. The bank has filed a Confession of Error based upon *Lurtz v. Bank of New York Mellon*, 39 Fla. L. Weekly D524 (Fla. 4th DCA Mar. 12, 2014). We therefore reverse and remand the case for further proceedings. We do not express "any opinion as to the extent of the error." *Gulf Power Co. v. Illinois-Florida Land Co.*, 132 So. 109, 110 (Fla. 1931).

*Reversed and remanded for further proceedings.*

STEVENSON, TAYLOR and MAY, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***